IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ALCALA FARIAS,<br><br>          Plaintiffs,<br><br>   vs.<br><br>SHERIFF'S AGENCY, KERN COUNTY SUPERIOR JUDGE,<br><br>          Defendants.<br>_____/ | Case No.  1:08-cv-00279 OWW TAG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CASE FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>(Doc. 6) |

On February 27, 2008, Plaintiff Manual Alcala Farias ("Plaintiff"), a non-prisoner, filed a pro se complaint, which the Court construed as a civil rights complaint, 42 U.S.C. § 1983.  (Docs. 1, 4). On March 24, 2008, the Magistrate Judge issued an order dismissing Plaintiff's complaint for failure to state a claim upon which relief could be granted, but allowed Plaintiff thirty (30) days leave to file an amended complaint.  (Doc. 4).  Instead of amending his complaint, on April 7, 2008, Plaintiff filed an apparent objection to the Court's March 24, 2008 order.  (Doc. 5).

On June 9, 2008, the Magistrate Judge issued Findings and Recommendations to dismiss Plaintiff's case without prejudice for failure to comply with the Court's March 24, 2008 order.  (Doc. 6).  The Findings and Recommendations were served on the parties and contained notice that any objections were to be filed within fifteen (15) days of the date of service.  (Id.).  On June 18, 2008, Plaintiff filed "objections" to the Findings and Recommendations.  (Doc. 7).  Plaintiff's "objections" consist of allegations of physical and emotional injuries inflicted on him and his family by state actors, and an order that resulted in his becoming homeless.  (Id.).  Attached to Plaintiff's "objections" are documents concerning building permits.  (Id. at 2-6).  Plaintiff does not address his failure to file an amended complaint, which underlies the Magistrate Judge's Findings and

Recommendations. (Doc. 6).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendations issued on June 9, 2008, are supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (Doc. 6), filed June 9, 2008, are ADOPTED IN FULL; and

2. Plaintiff's civil rights action is DISMISSED WITHOUT PREJUDICE for failure to comply with the Court's March 24, 2008 order (Doc. 4).

IT IS SO ORDERED.

**Dated:   July 7, 2008**              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE